# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | |
|---|---|
| **PAULETTE SHEEDY, on behalf of herself and others similarly situated** ) ) ) ) ) | |
| *Plaintiff* ) | |
| v. ) ) ) | Civil Action No. 1:26-cv-07663 |
| **MULTIMEDRX, INC** ) ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, William Hines, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to MULTIMEDRX, INC in Los Angeles County, CA on July 6, 2026 at 10:55 am at 8939 S Sepulveda Blvd, Ste 102, Los Angeles, CA 90045-3605 by leaving the following documents with Cindy Williams who as RECEPTIONIST at Legalcorp Solutions is authorized by appointment or by law to receive service of process for MULTIMEDRX, INC.

SUMMONS IN A CIVIL ACTION, Civil Cover Sheet,, CLASS ACTION COMPLAINT

Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: Y, Est. Weight: Unknown, Est. Height: Unknown.
Geolocation of Serve: https://google.com/maps?q=33.9548416667,-118.39633
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Los Angeles County_____,

___CA_____ on ___7/7/2026_____ .

/s/ *William Hines*
_____
Signature
William Hines
+1 (650) 380-0055



Exhibit 1a)