**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

PAULETTE SHEEDY, on behalf of herself and
others similarly situated,

      Plaintiff,

  vs.

MULTIMEDRX, INC,

      Defendant.

Case No. 26-cv-7663

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a) with each party to bear its own costs and fees.

Respectfully Submitted,

Dated: August 5, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

1