## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Paulette Sheedy

               Plaintiff,

v.

MultiMedrx, Inc

               Defendant.

Case No.: 1:26–cv–07663
Honorable Jeffrey I Cummings

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff has filed a notice of voluntary dismissal [7], which is self–executing under Rule 41(a)(1)(A)(i). All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.